# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>SHANE A. HUGHS,<br><br>  Defendant. | CASE NO. CR03-483C<br><br>ORDER |

This matter comes before the Court on Defendant's Motion to Award Credit for Time Served (Dkt. No. 57). Defendant was on home detention from January 30, 2004 to November 30, 2004. On August 12, 2004, this Court sentenced him to 24 months in prison to be followed by three years of supervised release. Defendant now requests that the Court award him credit for the 10 months he spent on home detention and thus reduce his period of imprisonment accordingly. Such an award is improper, and the Court hereby DENIES Defendant's request.

SO ORDERED this __10th__ day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER – 1